# NO. 12-20-00227-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF J.T.,* | § | *APPEAL FROM THE* |
| *A JUVENILE* | § | *COUNTY COURT AT LAW NO. 3* |
| | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant, J.T., perfected this appeal on September 25, 2020. The clerk's record was filed on October 30 and the reporter's record was filed on November 17. J.T.'s brief was due on or before December 17. J.T. sought an extension, which this Court granted to December 29. On January 6, 2021, this Court notified J.T. that the brief was past due. We further notified J.T. that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee has not suffered material injury thereby, is filed no later than January 19. On January 21, J.T. filed another motion for extension of time, which this Court granted to February 18. On February 23, this Court again notified J.T. that the brief was past due. We further notified J.T. that the appeal would be presented to the Court for dismissal unless a brief, accompanied by a proper motion for leave to file late brief, or a proper motion for extension of time, was filed on or before March 5.

The March 5 deadline passed and, as of the date of this opinion, J.T. has not filed a brief, a motion for leave to file a late brief, or any additional motion for extension of time. Accordingly, we ***dismiss*** the appeal for ***want of prosecution***. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Opinion delivered March 18, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 10, 2021**

**NO. 12-20-00227-CV**

**IN THE MATTER OF J.T., A JUVENILE**

Appeal from the County Court at Law No 3
of Smith County, Texas (Tr.Ct.No. 003-0217-18)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*